IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

| | | |
|---|---|---|
| TOMMY WAYNE HARRIS, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | 1:13CV268 |
| | ) | |
| W. DAVID GUICE, MS. PAULA SMITH, | ) | |
| LIEUTENANT LEWIS SMITH, | ) | |
| J. GODFREY, SAMI HASSAN, and | ) | |
| BILLIE MARTIN, | ) | |
| | ) | |
| Defendants. | ) | |

## ORDER

On March 26, 2015, the United States Magistrate Judge's Recommendation was filed and notice was served on the parties pursuant to 28 U.S.C. § 636. Plaintiff filed a supplement [Doc. #41] to his original Complaint, and both Plaintiff and Defendant Sami Hassan filed objections [Doc. #39; Doc. #40] to the Recommendation within the time limit prescribed by Section 636. The Court has reviewed those objections *de novo* and finds that they do not change the substance of the United States Magistrate Judge's Recommendation [Doc. #37], which is affirmed and adopted.

IT IS THEREFORE ORDERED that the Motion to Dismiss filed by Defendant Hassan [Doc. #22] is DENIED.

IT IS FURTHER ORDERED that the Motion to Dismiss filed by Defendants Lewis Smith and Paula Smith [Doc. #31] is GRANTED, and all claims against them are DISMISSED.

This, the 4th day of May, 2015.

_____
United States District Judge